IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR3017-02 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY MUELLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The government has moved to dismiss the indictment filed against Gary Mueller, filing #51. Accordingly, said indictment against Gary Mueller is dismissed without prejudice.

IT IS SO ORDERED this 28th day of March, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge